B 2100A Form (2100A) (12/15)

# United States Bankruptcy Court

### DISTRICT OF NEW JERSEY

In Re:                                                              Case No.  1722921
JAMES E. LAMONTAGNE

KIMBERLY M. LAMONTAGNE

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE, or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

PRA Receivables Management, LLC., as agent of
Portfolio Recovery Associates, LLC                    ONEMAIN
--------------------------------------------          --------------------------------------------
Name of Transferee                                    Name of Transferor

Name and Address where notices to transferee          Court Claim # (if known): 5
should be sent:                                       Amount of Claim: $1,681.92
Portfolio Recovery Associates, LLC                   Date Claim Filed: 07/25/2017
POB 41067
Norfolk, VA 23541

Phone: (877)829-8298                                  Phone:
Last Four Digits of Acct # :  9377                   Last Four Digits of Acct #: 9377

Name and Address where transferee payments           Seller Information
Should be sent (if different from above)             ONEMAIN FINANCIAL GROUP, LLC
Portfolio Recovery Associates, LLC                   100 International Drive
POB 12914                                            Baltimore MD 21202
Norfolk, VA 23541

Phone: (877)829-8298
Last Four Digits of Acct # : 9377

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Victor Munson                                Date: 12/14/2017
--------------------------------------------
    Transferee/Transferee's Agent
Email: Bankruptcy_Info@portfoliorecovery.com

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

## ASSIGNMENT AND BILL OF SALE

OneMain Financial Group, LLC, a Delaware limited liability company, OneMain Financial (HI), Inc., OneMain Financial, Inc., (WV), OneMain Financial Services,Inc., (MN), OneMain Financial B1 Warehouse Trust, OneMain Financial B2 Warehouse Trust, OneMain Financial B3 Warehouse Trust, OneMain Financial B4 Warehouse Trust, OneMain Financial B5 Warehouse Trust,  OneMain Financial B6 Warehouse Trust, OneMain Financial Funding, LLC (DE), OneMain Financial Issuance Trust 2014-1 (DE), OneMain Financial Funding II, LLC (DE), OneMain Financial Issuance Trust 2014-2 (DE), Onemain Financail Warehouse, LLC (DE), Onemain Financial Warehouse Trust (DE), Onemain Financial Funding III, LLC (DE), OneMain Financial Issuance Trust 2015-1 (DE), OneMain Financial Issuance Trust 2015-2 (DE), OneMain Financial Issuance Trust 2015-3 (DE), OneMain Financial Issuance Trust 2015-4 (DE), OneMain Financial Issuance Trust 2016-1 (DE), OneMain Financial Issuance Trust 2016-2 (DE) and OneMain Financial Issuance Trust 2016-3(DE) has entered into that certain Account Purchase and Sale Agreement dated April 27, 2017, ("Agreement") for the sale of Accounts to Portfolio Recovery Associates, LLC, a Delaware limited liability company (hereinafter called "Buyer"), upon the terms and conditions set forth in that Agreement.

NOW, THEREFORE, for good and valuable consideration, receipt of which is hereby acknowledged, Sellers hereby sell, assign, and transfer to Buyer, its successors and permitted assigns, all of Sellers' rights, title, and interest in and to the Accounts owned by such Sellers and identified on the Sale File delivered by the Sellers to Buyer in electronic file form in conjunction herewith and titled ███████████████████.

IN WITNESS WHEREOF, the parties hereto have duly executed this Agreement on the 20th day of November, 2017.

## ASSIGNMENT AND BILL OF SALE
## SIGNATURE PAGE

**ONEMAIN FINANCIAL GROUP, LLC**, a Delaware limited liability company on behalf of itself and attorney in fact for OneMain Financial B1 Warehouse Trust, OneMain Financial B2 Warehouse Trust, OneMain Financial B3 Warehouse Trust, OneMain Financial B4 Warehouse Trust, OneMain Financial B5 Warehouse Trust, OneMain Financial B6 Warehouse Trust, OneMain Financial Funding, LLC (DE), OneMain Financial Issuance Trust 2014-1 (DE), OneMain Financial Funding II, LLC (DE), OneMain Financial Issuance Trust 2014-2 (DE), OneMain Financial Warehouse, LLC (DE), OneMain Financial Warehouse Trust (DE), OneMain Financial Funding III, LLC (DE), OneMain Financial Issuance Trust 2015-1 (DE), OneMain Financial Issuance Trust 2015-2 (DE), OneMain Financial Issuance Trust 2015-3 (DE), OneMain Financial Issuance Trust 2015-4 (DE), OneMain Financial Issuance Trust 2016-1 (DE), OneMain Financial Issuance Trust 2016-2 (DE) and OneMain Financial Issuance Trust 2016-3(DE).

By: _____

Name:  J. Scott Bailer
Title:   Vice President, Sr. Managing Director

**ONEMAIN FINANCIAL(HI), INC.**
A Hawaii corporation

By: _____

Name:  J. Scott Bailer
Title:   Vice President, Sr. Managing Director

**ONEMAIN FINANCIAL INC., (WV)**
A West Virginia corporation

By: _____

Name:  J. Scott Bailer
Title:   Vice President, Sr. Managing Director

**ONEMAIN FINANCIAL SERVICES, INC.,**
A Minnesota corporation

By: _____

Name:  J. Scott Bailer
Title:   Vice President, Sr. Managing Director

**PORTFOLIO RECOVERY ASSOCIATES, LLC**

By: _____

Name:  CHRIS B. GRAVES
Title:  Authorized Signer