Office Mailing Address:  
Albert Russo, Trustee  
CN 4853  
Trenton, NJ  08650

Send Payments **ONLY** to:  
Albert Russo, Trustee  
PO Box 933  
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2018 to 12/31/2018  
**Chapter 13 Case No. 17-22921 / KCF**

James E. Lamontagne  
Kimberly M. Lamontagne

Petition Filed Date: 06/24/2017  
341 Hearing Date: 08/10/2017  
Confirmation Date: 12/13/2017

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/03/2018 | $300.00 | 45649470 | 01/29/2018 | $300.00 | 46222180 | 03/02/2018 | $300.00 | 47181680 |
| 04/02/2018 | $300.00 | 48012650 | 05/01/2018 | $300.00 | 48779690 | 05/31/2018 | $300.00 | 49536760 |
| 07/02/2018 | $300.00 | 50397600 | 08/01/2018 | $300.00 | 51166120 | 08/28/2018 | $300.00 | 51845180 |
| 10/02/2018 | $300.00 | 52813110 | 10/31/2018 | $300.00 | 53523580 | 12/03/2018 | $300.00 | 54410960 |

**Total Receipts for the Period:  $3,600.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $6,060.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | James E. Lamontagne | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | FRED R BRAVERMAN ESQ<br>»»  ATTY DISCLOSURE | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |
| 1 | TIDEWATER FINANCE COMPANY<br>»»  MEALEY'S | Unsecured Creditors | $743.46 | $0.00 | $743.46 |
| 2 | BRANCH BANKING & TRUST<br>»»  NISSAN VERSA/DEFICIENCY BALANCE | Unsecured Creditors | $6,923.12 | $0.00 | $6,923.12 |
| 3 | WELLS FARGO SERVICING CENTER | Unsecured Creditors | $5,433.12 | $0.00 | $5,433.12 |
| 4 | WELLS FARGO AUTO FINANCE<br>»»  2008 SATURN AURA/PAY IN FULL | Debt Secured by Vehicle | $6,832.20 | $2,186.64 | $4,645.56 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  ONEMAIN | Unsecured Creditors | $1,681.92 | $0.00 | $1,681.92 |
| 6 | M&T BANK<br>»»  P/33 NORWOOD LN/1ST MTG | Mortgage Arrears | $6,234.40 | $377.47 | $5,856.93 |
| 7 | VERIZON BY AMERICAN INFOSOURCE LP | Unsecured Creditors | $240.42 | $0.00 | $240.42 |
| 8 | PSE&G | Unsecured Creditors | $3,575.51 | $0.00 | $3,575.51 |
| 9 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  HOUSEHOLD GOODS/FIXTURE LIENS | Secured Creditors | $5,324.44 | $322.39 | $5,002.05 |
| 10 | TD RETAIL CARD SERVICES | Unsecured Creditors | $9,768.65 | $0.00 | $9,768.65 |
| 11 | Wells Fargo Card Services | Unsecured Creditors | $900.45 | $0.00 | $900.45 |
| 12 | Wells Fargo Card Services | Unsecured Creditors | $937.86 | $0.00 | $937.86 |
| 13 | LVNV FUNDING LLC<br>»»  SAMS CLUB | Unsecured Creditors | $996.13 | $0.00 | $996.13 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  BEST BUY | Unsecured Creditors | $1,402.59 | $0.00 | $1,402.59 |

| | | | | | |
|---|---|---|---|---|---|
| 15 | CAPITAL ONE, NA<br>»» KOHLS | Unsecured Creditors | $545.90 | $0.00 | $545.90 |
| 16 | LVNV FUNDING LLC<br>»» PREMIER | Unsecured Creditors | $465.04 | $0.00 | $465.04 |
| 17 | MIDLAND CREDIT AS AGENT FOR<br>»» ASHLEY | Unsecured Creditors | $2,151.71 | $0.00 | $2,151.71 |
| 18 | MIDLAND CREDIT AS AGENT FOR<br>»» WALMART | Unsecured Creditors | $413.38 | $0.00 | $413.38 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES<br>»» THD | Unsecured Creditors | $1,419.14 | $0.00 | $1,419.14 |
| 20 | LVNV FUNDING LLC<br>»» HSBC | Unsecured Creditors | $285.00 | $0.00 | $285.00 |
| 21 | TD BANK USA NA | Unsecured Creditors | $602.37 | $0.00 | $602.37 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 12/31/2018:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,060.00 | Plan Balance: | $17,152.00 ** |
| Paid to Claims: | $5,386.50 | Current Monthly Payment: | $300.00 |
| Paid to Trustee: | $394.50 | Arrearages: | ($360.00) |
| Funds on Hand: | $279.00 | Total Plan Base: | $23,212.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*! Register today at www.ndc.org.**

**\*\*This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**