UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Fred R. Braverman, Esq.   #013841980
106 Society Hill Boulevard
Cherry Hill, NJ  08003
(856) 424-2180
Attorney for Debtor(s) James E. Lamontagne
& Kimberly M. Lamontagne

---

In Re:

James E. Lamontagne & Kimberly M. Lamontagne

Case No.:      17-22921-KCF

Judge:      Ferguson

Chapter:      13

---

**CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION**

The debtor in this case opposes the following **(choose one)**:

1. ☐ Motion for Relief from the Automatic Stay filed by _____ , creditor,

   A hearing has been scheduled for _____, at _____.

   ☒ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____05/22/2019_____, at __9:00 am__.

   ☐ Certification of Default filed by _____,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

   ☐ Payments have been made in the amount of $ _____, but have not been accounted for.  Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows (**explain your answer**):

☒ Other (**explain your answer**):
Debtor has filed a Modified Plan to reclassify the Quantum3 Group LLc as Agent for Aqua Finance, Inc claim as partially secured and partially unsecured and raised the monthly payment to cover the additional $1000 secured claim.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 05/15/2019         /s/James E. Lamontagne
                          Debtor's Signature

Date: 05/15/2019         /s/Kimberly M. Lamontagne
                          Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*