Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−22921−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   James E. Lamontagne                               Kimberly M. Lamontagne
   33 Norwood Lane                                      33 Norwood Lane
   Willingboro, NJ 08046                         Willingboro, NJ 08046

Social Security No.:
   xxx−xx−2420                                           xxx−xx−1941

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 8/14/19 at 09:00 AM

to consider and act upon the following:

*25* − Trustee's Motion to Dismiss Case or for Entry of a Wage Order Filed by Albert Russo on behalf of Albert Russo. Hearing scheduled for 5/22/2019 at 09:00 AM at KCF − Courtroom 2, Trenton. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) (Russo, Albert)

Dated: 7/17/19

                                                            Jeanne Naughton
                                                            Clerk, U.S. Bankruptcy Court