Form 196 – ntcadminerror

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−22921−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   James E. Lamontagne                                Kimberly M. Lamontagne
   33 Norwood Lane                                       33 Norwood Lane
   Willingboro, NJ 08046                              Willingboro, NJ 08046

Social Security No.:
   xxx−xx−2420                                                   xxx−xx−1941

Employer's Tax I.D. No.:

## AMENDED NOTICE CORRECTING AN ADMINISTRATIVE ERROR

     On 6/26/2019 a minute entry adjourning the confirmation hearing was sent out by the Court which contained an administrative error.

     This notice hereby amends the notice to correct the following information:

Original incorrect information:
Confirmation hearing re−scheduled to 8/13/2019

Corrected to state:
Confirmation Hearing is re−scheduled to:
Date: 8/14/2019
Time: 10:00 AM
Location: Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 086081507

     The amendment of this notice does not affect deadlines that have been previously set.


Dated: July 17, 2019
JAN: slf

                                                                                                               Jeanne Naughton
                                                                                                               Clerk