# United States Bankruptcy Court
## District of New Jersey

In re: James E. Lamontagne, Kimberly M. Lamontagne, Debtor(s)

Case No. 17-22921
Chapter 13

## WITHDRAWL OF DOCUMENT