49729
MORTON & CRAIG, LLC
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for Quantum3 Group, LLC as agent for Aqua Finance
JM5630_____

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

IN RE:    JAMES E. LAMONTAGNE
KIMBERLY M. LAMONTAGNE

CHAPTER: 13
CASE NO: 17-22921 (MBK)
HEARING DATE:

NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES, PLAN AND DISCLOSURE STATEMENTS

Quantum3 Group, LLC as agent for Aqua Finance, enters its appearance and the law firm of Morton & Craig,LLC, pursuant to Fed R Bankr P 9010, hereby enters their appearance as attorneys Quantum3 Group, LLC as agent for Aqua Finance, with regard to all matters and proceedings in the above captioned case, showing counsel's name, office address and telephone number as follows:

Morton & Craig, LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
(856)866-0100

Quantum3 Group, LLC as agent for Aqua Finance, pursuant to Fed R Bankr P 2002, hereby requests that to all notices required be given under Fed R Bankr P 2002, including notices under Fed R Bankr P 2002(I), that, but for this Request, would be provided only to committees appointed pursuant to the Bankruptcy Code or their authorized agents, be given to Quantum3

Group, LLC as agent for Aqua Finance, by due service upon its undersigned attorneys at the address stated above and also to it at the following address:

Quantum3 Group, LLC as agent for Aqua Finance
c/o Morton & Craig, LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057

Quantum3 Group, LLC as agent for Aqua Finance, pursuant to Fed R Bankr P 3017(a), further requests that all plans and disclosure statements filed herein by any party be duly served upon it and its undersigned attorneys.

/s/ John R. Morton, Jr.
John R. Morton, Jr., Esquire

Attorney for Quantum3 Group, LLC as agent for Aqua Finance