MORTON & CRAIG, LLC
John R. Morton, Jr., Esq.
110 Marter Ave.
Suite 301
Moorestown, NJ 08057
Telephone: 856-866-0100
Attorney for: Quantum3 Group LLC
JM-5630_____

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Case No. 17-22921(MBK) |
| JAMES E. LAMONTAGNE | Chapter 13 |
| KIMBERLY M. LAMONTAGNE | |
| | RESPONSE IN OPPOSITION TO DEBTOR'S |
| | OBJECTION TO PROOF OF CLAIM |

Quantum3 Group LLC, as agent for Aqua Finance ("Quantum3"), a creditor of the Debtor, objects to the Debtor's Objection to its Proof of Claim for the following reasons:

1. Debtors have submitted what appears to be prices for water softening systems they obtained from the internet, all of which are hearsay.

2. Quantum 3 needs time to obtain an appraisal of the equipment and requests that the hearing on this matter be adjourned to permit that to occur.

1

2

          Morton & Craig, LLC

3           By: /s/ John R. Morton, Jr.
          John R. Morton, Jr., attorney for

4           Quantum3 Group LLC
          as agent Aqua Finance

5

6 Date: 9-5-19

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29