MORTON & CRAIG, LLC
John R. Morton, Jr., Esq.
110 Marter Ave.
Suite 301
Moorestown, NJ 08057
Telephone: 856-866-0100
Attorney for: Quantum3 Group LLC
JM-5630_____

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Case No. 17-22921(MBK) |
| JAMES E. LAMONTAGNE | Chapter 13 |
| KIMBERLY M. LAMONTAGNE | Hearing date: 9-17-19 |
| | OBJECTION TO CONFIRMATION OF MODIFIED PLAN |

Quantum3 Group LLC, as agent for Aqua Finance ("Quantum3"), a creditor of the Debtor, objects to the confirmation of debtors' modified plan for the following reasons:

1. Debtors have submitted what appears to be prices for water softening systems they obtained from the internet, all of which are hearsay.

2. Quantum 3 needs time to obtain an appraisal of the equipment and requests that the confirmation of this matter be adjourned to permit that to occur.

|   |   |
|---|---|
| 1 | Morton & Craig, LLC |
| 2 |   |
| 3 | By: /s/ John R. Morton, Jr. |
| 4 | John R. Morton, Jr., attorney for Quantum3 Group LLC |
| 5 | as agent Aqua Finance |
| 6 | Date: 9-5-19 |