| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 12/31/2019
**Chapter 13 Case No. 17-22921 / MBK**

| | |
|---|---|
| James E. Lamontagne | Petition Filed Date: 06/24/2017 |
| Kimberly M. Lamontagne | 341 Hearing Date: 08/10/2017 |
| | Confirmation Date: 12/13/2017 |

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/02/2019 | $300.00 | 55099990 | 02/05/2019 | $300.00 | 55951270 | 03/01/2019 | $300.00 | 56645080 |
| 04/02/2019 | $300.00 | 57500470 | 05/02/2019 | $300.00 | 58266090 | 06/04/2019 | $300.00 | 59144200 |
| 07/03/2019 | $300.00 | 59909040 | 07/30/2019 | $300.00 | 60482660 | 09/03/2019 | $300.00 | 61470760 |
| 10/03/2019 | $300.00 | 62260960 | 11/04/2019 | $445.00 | 63040500 | 12/03/2019 | $445.00 | 63695280 |

**Total Receipts for the Period:  $3,890.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $10,540.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | James E. Lamontagne | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | FRED R BRAVERMAN ESQ<br>»» ATTY DISCLOSURE | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |
| 1 | TIDEWATER FINANCE COMPANY<br>»» MEALEY'S | Unsecured Creditors | $743.46 | $0.00 | $743.46 |
| 2 | BRANCH BANKING & TRUST<br>»» NISSAN VERSA/DEFICIENCY BALANCE | Unsecured Creditors | $6,923.12 | $0.00 | $6,923.12 |
| 3 | WELLS FARGO SERVICING CENTER | Unsecured Creditors | $5,433.12 | $0.00 | $5,433.12 |
| 4 | WELLS FARGO AUTO FINANCE<br>»» 2008 SATURN AURA/PAY IN FULL | Debt Secured by Vehicle | $6,832.20 | $3,043.50 | $3,788.70 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» ONEMAIN | Unsecured Creditors | $1,681.92 | $0.00 | $1,681.92 |
| 6 | M&T BANK<br>»» P/33 NORWOOD LN/1ST MTG/SV 1/7/20 | Mortgage Arrears<br>Hold Funds: Stay Vacated | $6,234.40 | $1,457.74 | $4,776.66 |
| 7 | VERIZON BY AMERICAN INFOSOURCE LP | Unsecured Creditors | $240.42 | $0.00 | $240.42 |
| 8 | PSE&G | Unsecured Creditors | $3,575.51 | $0.00 | $3,575.51 |
| 9 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» HOUSEHOLD GOODS/FIXTURE LIENS | Secured Creditors<br>Hold Funds: Pending Resolution | $5,324.44 | $864.87 | $4,459.57 |
| 10 | TD RETAIL CARD SERVICES | Unsecured Creditors | $9,768.65 | $0.00 | $9,768.65 |
| 11 | Wells Fargo Card Services | Unsecured Creditors | $900.45 | $0.00 | $900.45 |
| 12 | Wells Fargo Card Services | Unsecured Creditors | $937.86 | $0.00 | $937.86 |
| 13 | LVNV FUNDING LLC<br>»» SAMS CLUB | Unsecured Creditors | $996.13 | $0.00 | $996.13 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BEST BUY | Unsecured Creditors | $1,402.59 | $0.00 | $1,402.59 |

**Chapter 13 Case No. 17-22921 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 15 | CAPITAL ONE, NA<br>»» KOHLS | Unsecured Creditors | $545.90 | $0.00 | $545.90 |
| 16 | LVNV FUNDING LLC<br>»» PREMIER | Unsecured Creditors | $465.04 | $0.00 | $465.04 |
| 17 | MIDLAND CREDIT AS AGENT FOR<br>»» ASHLEY | Unsecured Creditors | $2,151.71 | $0.00 | $2,151.71 |
| 18 | MIDLAND CREDIT AS AGENT FOR<br>»» WALMART | Unsecured Creditors | $413.38 | $0.00 | $413.38 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES<br>»» THD | Unsecured Creditors | $1,419.14 | $0.00 | $1,419.14 |
| 20 | LVNV FUNDING LLC<br>»» HSBC | Unsecured Creditors | $285.00 | $0.00 | $285.00 |
| 21 | TD BANK USA NA | Unsecured Creditors | $602.37 | $0.00 | $602.37 |
| 22 | M&T BANK<br>»» 33 NORWOOD LANE/ORDER 8/12/19/SV 1/7/20 | Mortgage Arrears<br>Hold Funds: Stay Vacated | $3,145.12 | $268.08 | $2,877.04 |
| 23 | M&T BANK<br>»» 33 NORWOOD LANE/ORDER 8/12/19/SV 1/7/20 | Mortgage Arrears | $531.00 | $531.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,540.00 | Plan Balance: | $12,460.00 ** |
| Paid to Claims: | $8,665.19 | Current Monthly Payment: | $445.00 |
| Paid to Trustee: | $668.76 | Arrearages: | $0.00 |
| Funds on Hand: | $1,206.05 | Total Plan Base: | $23,000.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**