Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                         Case No.:  17−22921−MBK
                         Chapter:  13
                         Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   James E. Lamontagne                             Kimberly M. Lamontagne
   33 Norwood Lane                                    33 Norwood Lane
   Willingboro, NJ 08046                           Willingboro, NJ 08046

Social Security No.:
   xxx−xx−2420                                           xxx−xx−1941

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on June 17, 2020.

     Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: June 18, 2020
JAN: wir

                                                                           Jeanne Naughton
                                                                           Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 17-22921-MBK
James E. Lamontagne                                             Chapter 13
Kimberly M. Lamontagne
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 3              Date Rcvd: Jun 18, 2020
                              Form ID: 148             Total Noticed: 72

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2020.
```
db/jdb         +James E. Lamontagne,    Kimberly M. Lamontagne,    33 Norwood Lane,    Willingboro, NJ 08046-1331
cr             +Quantum3 Group, LLC,   c/0 Morton & Craig, LLC,    110 Marter Ave., Suite 301,
                 Moorestown, NJ 08057-3124
516899925      +AMCOL Systems,    111 Lancewood Road,    Columbia, SC 29210-7523
516899928      +ARIA Health,    PO Box 8500-6395,    Philadelphia, PA 19178-0001
516899924       Alltran Financial, LP,    PO Box 4044,    Concord, CA 94524-4044
516899923       Alltran Financial, LP,    PO Box 4045,    Concord, CA 94524-4045
516899927      +Arcadia Recovery Bureau, LLC,    PO Box 6768,    Wyomissing, PA 19610-0768
516899930      +Best Buy Credit Services/CBNA,    PO Box790441,    Saint Louis, MO 63179-0441
516899932      +Convergent Healthcare Recoveries, Inc.,    121 NE Jefferson Street,    Suite 100,
                 Peoria, IL 61602-1229
516899933      +Cooper University Health Care,    PO Box 2090,    Morrisville, NC 27560-2090
516899935      +Encore Receivable Management, Inc.,    PO Box 3330,    400 N. Rogers Rd,    Olathe, KS 66062-1212
516899936      +FMA Alliance , Ltd.,    12339 Cutten Road,    Houston, TX 77066-1807
516899937       Fox Chase Cancer Center,    333 Cottman Ave,    Philadelphia, PA 19111-2497
516899940      +IRSM Floral Vale,    1000 Floral Vale Blvd,    Suite 125,    Yardley, PA 19067-5583
516899939       Innovative Impalnt and Oral Surgey,    Dr, Salin, Dr, Nissman, Dr. Weiner,
                 1300 Bridgetown Pike,    Feasterville Trevose, PA 19053-4326
516899941       Jefferson University Physicians,    Po Box 40089,    Philadelphia, PA 19106-0089
516899942       Kohl's Dept. Stores/Capital One,    PO Box 3043,    Milwaukee, WI 53201-3043
516899944      +Lourdes Med. Center of Burlington County,    218 A. Sunset Rd,    Willingboro, NJ 08046-1110
516899947       Medical Express,    975 Jaymor Road,    Suite 6,    Southampton, PA 18966-3854
516899948      +Medical Imaging Assoc, LP,    10160 Bustelton Ave,    Suite D,    Philadelphia, PA 19116-3749
516899949       Merchants & Medical Credit Corp,    6324 Taylor Drive,    Flint, MI 48507-4685
516899951       Midland Funding LLC c/o,    Pressler & Pressler, LLP,    7 Entin Road,
                 Parsippany, NJ 07054-5020
516899953       Nazareth Hospital,    Po Box 7777W-0475,    Philadelphia, PA 19175-0475
516899954       Nissman-Salin OMS PC,    1300 Baltimore Pike,    Feasterville Trevose, PA 19053-4326
516899955      +Northland Group, Inc.,    PO Box 390905,    Edina, MN 55439-0905
516899957       PSE&G,    PO Box 14444,    New Brunswick, NJ 08906-4444
516899958      +Raymour&Flanigan/TD Retail Card Services,    PO Box 731,    Mahwah, NJ 07430-0731
516899959       St. Mary Medical Center,    10604 Justin Drive,    Des Moines, IA 50322-3755
516899960       Staples Credit Plan,    PO Box 6403,    Sioux Falls, SD 57117-6403
517047604      +TD Retail Card Services,    c/o Creditors Bankruptcy Service,    P O Box 800849,
                 Dallas, TX 75380-0849
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 19 2020 00:07:34     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 19 2020 00:07:31     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516899921       E-mail/Text: mtamsett@adminrecovery.com Jun 19 2020 00:07:56     Admin Recovery, LLC,
                 45 Earhart Dr.,   Suite 102,    Williamsville, NY 14221-7809
516899926       EDI: AQUAFINANCE.COM Jun 19 2020 03:33:00     Aqua Finance Inc,    PO Box 101928,    Dept 612A,
                 Birmingham, AL 35210-6928
516899929       E-mail/Text: bankruptcy@bbandt.com Jun 19 2020 00:07:09     BB&T,   MC 100-50-02-57,
                 P.O. Box 2306,   Wilson, NC 27894
516926640      +E-mail/Text: bankruptcy@bbandt.com Jun 19 2020 00:07:09     BB&T, Bankruptcy Section,
                 100-50-01-51,   PO Box 1847,    Wilson, NC 27894-1847
516911732      +EDI: AISACG.COM Jun 19 2020 03:38:00     Capital One Auto Finance, a division of Capital On,
                 Ascension Capital Group,    P.O. Box 165028,    Irving, TX 75016-5028
517103815       EDI: BL-BECKET.COM Jun 19 2020 03:38:00     Capital One, N.A.,    c/o Becket and Lee LLP,
                 PO Box 3001,   Malvern PA 19355-0701
516899934      +EDI: CCS.COM Jun 19 2020 03:38:00     Credit Collection Services,    725 Canton Street,
                 Norwood, MA 02062-2679
516899938      +EDI: CITICORP.COM Jun 19 2020 03:38:00     Home Depot/Citi Bank,    701 E. 60th Street N,
                 Sioux Falls, SD 57104-0432
516899943      +E-mail/Text: support@ljross.com Jun 19 2020 00:07:14     LJ Ross Associates, Inc.,
                 4 Universal Way,    Jackson, MI 49202-1455
517109646       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 19 2020 00:16:20
                 LVNV Funding, LLC its successors and assigns as,    assignee of Arrow Financial Services,,
                 LLC,   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517085625       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 19 2020 00:16:20
                 LVNV Funding, LLC its successors and assigns as,    assignee of GE Money Bank,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516899945       E-mail/Text: camanagement@mtb.com Jun 19 2020 00:07:14     M&T Bank,    1 Fountain Plaza,
                 9th floor,   Buffalo, NY 14203
516977998       E-mail/Text: camanagement@mtb.com Jun 19 2020 00:07:14     M&T Bank,    P.O. Box 1288,
                 Buffalo, NY 14240
517125820      +EDI: MID8.COM Jun 19 2020 03:38:00     MIDLAND FUNDING LLC,    PO BOX 2011,
                 WARREN, MI 48090-2011
```

```
District/off: 0312-3          User: admin              Page 2 of 3                   Date Rcvd: Jun 18, 2020
                              Form ID: 148             Total Noticed: 72


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516899946     +E-mail/Text: bknotices@mbandw.com Jun 19 2020 00:07:53     McCarthy, Burgess & Wolff,
               26000 Cannon Road,   Cleveland, OH 44146-1807
516899950     +EDI: MID8.COM Jun 19 2020 03:38:00      Midland Funding LLC c/o,   Midland Credit Mgmt Inc.,
               2365 Northside Drive,   Suite 300,   San Diego, CA 92108-2709
516899952     +E-mail/Text: Bankruptcies@nragroup.com Jun 19 2020 00:08:16      National Recovery Agency,
               2491 Paxton Street,   Harrisburg, PA 17111-1036
516961343      EDI: AGFINANCE.COM Jun 19 2020 03:38:00      ONEMAIN,   P.O. BOX 3251,
               EVANSVILLE, IN 47731-3251
516899956      EDI: AGFINANCE.COM Jun 19 2020 03:38:00      One Main Financial,   Bankruptcy Dept.,
               PO Box 6042,   Sioux Falls, SD 57117-6042
517231090      EDI: PRA.COM Jun 19 2020 03:38:00      Portfolio Recovery Associates, LLC,   POB 41067,
               Norfolk, VA 23541
517231091      EDI: PRA.COM Jun 19 2020 03:38:00      Portfolio Recovery Associates, LLC,   POB 41067,
               Norfolk, VA 23541,   Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk, VA 23541
517091272      EDI: PRA.COM Jun 19 2020 03:38:00      Portfolio Recovery Associates, LLC,   c/o Best Buy,
               POB 41067,   Norfolk VA 23541
517127789      EDI: PRA.COM Jun 19 2020 03:38:00      Portfolio Recovery Associates, LLC,
               c/o The Home Depot Consumer,   POB 41067,   Norfolk VA 23541
517028589      EDI: Q3G.COM Jun 19 2020 03:33:00      Quantum3 Group LLC as agent for,   Aqua Finance,
               PO Box 788,   Kirkland, WA 98083-0788
516899961      EDI: RMSC.COM Jun 19 2020 03:38:00      SYNCB/Ashley Home Store,   Attn: Bankruptcy Dept.,
               PO Box 965060,   Orlando, FL 32896-5060
516899962      EDI: RMSC.COM Jun 19 2020 03:38:00      SYNCB/Walmart,   Bankruptcy Dept.,   PO Box 965060,
               Orlando, FL 32896-5060
516901242     +EDI: RMSC.COM Jun 19 2020 03:38:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
               PO Box 41021,   Norfolk, VA 23541-1021
517162913     +E-mail/Text: bncmail@w-legal.com Jun 19 2020 00:07:44      TD Bank USA, N.A.,
               C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
516899964      E-mail/Text: tidewaterlegalebn@twcs.com Jun 19 2020 00:06:58     Tidewater Finance Co,
               6520 Indian River Road,   Virginia Beach, VA 23464
516918722      E-mail/Text: tidewaterlegalebn@twcs.com Jun 19 2020 00:06:58     Tidewater Finance Company,
               P.O. Box 13306,   Chesapeake, VA 23325
516899963     +EDI: WTRRNBANK.COM Jun 19 2020 03:38:00      Target Card Services/TD Bank,   Po Box 9500,
               Minneapolis, MN 55440-9500
516899965     +EDI: URSI.COM Jun 19 2020 03:33:00      United Recovery Systems,   5800 North Course Drive,
               Houston, TX 77072-1613
516899966      E-mail/Text: AR@vivint.com Jun 19 2020 00:06:33     Vivint Alarm,   4931 North 300 est,
               Provo, UT 84604
517019587     +EDI: AIS.COM Jun 19 2020 03:38:00      Verizon,   by American InfoSource LP as agent,
               4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
516946991      EDI: WFFC.COM Jun 19 2020 03:38:00      Wells Fargo Auto Finance,   Po box 29706,
               Phoenix AZ 85038-9706
517078363      EDI: WFFC.COM Jun 19 2020 03:38:00      Wells Fargo Bank, N.A.,   Wells Fargo Card Services,
               PO Box 10438, MAC F8235-02F,   Des Moines, IA 50306-0438
516899967     +EDI: WFFC.COM Jun 19 2020 03:38:00      Wells Fargo Bank, N.A.,   PO Box 94423,   MACQ2132-0013,
               Albuquerque, NM 87199-4423
516946678     +EDI: WFFC.COM Jun 19 2020 03:38:00      Wells Fargo Bank, N.A.,   435 Ford Road, Suite 300,
               St. Louis Park, MN 55426-4938
516899968     +EDI: WFFC.COM Jun 19 2020 03:38:00      Wells Fargo Card Services,   PO Box 9210,
               Des Moines, IA 50306-9210
516899969      EDI: WFFC.COM Jun 19 2020 03:38:00      Wells Fargo Dealer Services, Inc.,   PO Box 25341,
               Santa Ana, CA 92799-5341
                                                                                              TOTAL: 42

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517078404*     Wells Fargo Bank, N.A.,   Wells Fargo Card Services,   PO Box 10438, MAC F8235-02F,
                Des Moines, IA 50306-0438
516899922     ##+Allied Interstate, Inc.,   PO Box 361445,   Columbus, OH 43236-1445
516899931     ##+C & H Colection Services, Inc.,   Po Box 1399,   Merchantville, NJ 08109-0399
                                                                                               TOTALS: 0, * 1, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0312-3          User: admin              Page 3 of 3              Date Rcvd: Jun 18, 2020
                              Form ID: 148             Total Noticed: 72
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 18, 2020 at the address(es) listed below:
          Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com
          Albert    Russo     docs@russotrustee.com
          Brian C. Nicholas     on behalf of Creditor    M&T BANK bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon     on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Fred R. Braverman     on behalf of Debtor James E. Lamontagne bravelaw@comcast.net
          Fred R. Braverman     on behalf of Joint Debtor Kimberly M. Lamontagne bravelaw@comcast.net
          John R. Morton, Jr.    on behalf of Creditor    Quantum3 Group, LLC ecfmail@mortoncraig.com,
           mortoncraigecf@gmail.com
          Rebecca Ann Solarz     on behalf of Creditor    M&T BANK rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9
```