Fred R. Braverman, Esquire   #013841980  
106 Society Hill Boulevard  
Cherry Hill, NJ  08003  
(856) 424-2180  
Attorney for Debtor(s) James E. Lamontagne & Kimberly M. Lamontagne

Order Filed on September 11, 2020  
by Clerk  
U.S. Bankruptcy Court  
District of New Jersey

James E. Lamontagne & Kimberly M. Lamontagne

Chapter 13  
Case No.:   17-22921-MBK

Judge:   Kaplan

# ORDER ON MOTION TO VACATE DISMISSAL ORDER OF CASE

The relief set forth on the folowing pages is hereby ORDERED:

DATED: September 11, 2020

Honorable Michael B. Kaplan  
United States Bankruptcy Judge

   The debtor having filed a motion to vacate dismissal of case; and the court having considered any objections filed; and for good cause shown; it is

   [X] ORDERED that the motion is granted and the order dismissing case is vacated effective on the date of this order. No actions taken during the period this case was dismissed were subject to the automatic stay or other provisions of the Bankruptcy Code;

   IT IS FURTHER ORDERED that any deadline unexpired at the time of dismissal is nullified and reset as follows. Creditors and/or parties in interest have:

   1. until the original deadline fixed by the court to file a complaint to object to the debtor's discharge or dischargeability of certain debts, or 60 days from the date of this Order, whichever is later;

   2. until the original deadline fixed by the court to file a proof of claim or required supplement, or 60 days from the date of this Order, whichever is later; and

   3. until the original deadline fixed by the court to object to exemptions, or 30 days from the date of this Order, whichever is later.

   IT IS FURTHER ORDERED that if the meeting of creditors has not been concluded, the debtor must contact the case trustee to schedule a new date for the meeting and must provide 21 days' notice under Bankruptcy Rule 2002(a)(1) of the date to all creditors and parties in interest.

   IT IS FURTHER ORDERED that if this is a chapter 13 case, and the debtor's plan has not been confirmed, the confirmation hearing is rescheduled to_____at_____.

   IT IS FURTHER ORDERED that Debtors will file a modified plan within 5 days of the date of this Order.

[ ] ORDERED that the motion to vacate order dismissing case is denied.

   IT IS FURTHER ORDERED that whether the motion is granted or denied, the debtor must, within 3 days of the date of this Order, serve all creditors and parties in interest with a copy of this Order and immediately thereafter file Local Form Certification of Service.

United States Bankruptcy Court
District of New Jersey

In re:  
James E. Lamontagne  
Kimberly M. Lamontagne  
     Debtors

Case No. 17-22921-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Sep 11, 2020  
                         Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2020.  
db/jdb        +James E. Lamontagne,    Kimberly M. Lamontagne,    33 Norwood Lane,    Willingboro, NJ 08046-1331

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2020                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2020 at the address(es) listed below:  
           Albert    Russo    docs@russotrustee.com  
           Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com  
           Brian C. Nicholas    on behalf of Creditor    M&T BANK bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Fred R. Braverman    on behalf of Debtor James E. Lamontagne bravelaw@comcast.net  
           Fred R. Braverman    on behalf of Joint Debtor Kimberly M. Lamontagne bravelaw@comcast.net  
           John R. Morton, Jr.    on behalf of Creditor    Quantum3 Group, LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
           Rebecca Ann Solarz    on behalf of Creditor    M&T BANK rsolarz@kmllawgroup.com  
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                                                                                                       TOTAL: 9