Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−22921−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

James E. Lamontagne
33 Norwood Lane
Willingboro, NJ 08046

Kimberly M. Lamontagne
33 Norwood Lane
Willingboro, NJ 08046

Social Security No.:
xxx−xx−2420

xxx−xx−1941

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on October 24, 2019.

On October 14, 2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:                November 17, 2020
Time:                10:00 AM
Location:            Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: October 14, 2020
JAN: wdr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-22921-MBK |
| James E. Lamontagne | Chapter 13 |
| Kimberly M. Lamontagne | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 4 |
| Date Rcvd: Oct 14, 2020 | Form ID: 185 | Total Noticed: 72 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James E. Lamontagne, Kimberly M. Lamontagne, 33 Norwood Lane, Willingboro, NJ 08046-1331 |
| cr | + | Quantum3 Group, LLC, c/0 Morton & Craig, LLC, 110 Marter Ave., Suite 301, Moorestown, NJ 08057-3124 |
| 516899925 | + | AMCOL Systems, 111 Lancewood Road, Columbia, SC 29210-7523 |
| 516899928 | + | ARIA Health, PO Box 8500-6395, Philadelphia, PA 19178-0001 |
| 516899924 | | Alltran Financial, LP, PO Box 4044, Concord, CA 94524-4044 |
| 516899923 | | Alltran Financial, LP, PO Box 4045, Concord, CA 94524-4045 |
| 516899927 | + | Arcadia Recovery Bureau, LLC, PO Box 6768, Wyomissing, PA 19610-0768 |
| 516899930 | + | Best Buy Credit Services/CBNA, PO Box790441, Saint Louis, MO 63179-0441 |
| 517103815 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516899932 | + | Convergent Healthcare Recoveries, Inc., 121 NE Jefferson Street, Suite 100, Peoria, IL 61602-1229 |
| 516899933 | + | Cooper University Health Care, PO Box 2090, Morrisville, NC 27560-2090 |
| 516899935 | + | Encore Receivable Management, Inc., PO Box 3330, 400 N. Rogers Rd, Olathe, KS 66062-1212 |
| 516899936 | + | FMA Alliance , Ltd., 12339 Cutten Road, Houston, TX 77066-1807 |
| 516899937 | | Fox Chase Cancer Center, 333 Cottman Ave, Philadelphia, PA 19111-2497 |
| 516899938 | + | Home Depot/Citi Bank, 701 E. 60th Street N, Sioux Falls, SD 57104-0432 |
| 516899940 | + | IRSM Floral Vale, 1000 Floral Vale Blvd, Suite 125, Yardley, PA 19067-5583 |
| 516899939 | | Innovative Impalnt and Oral Surgey, Dr, Salin, Dr, Nissman, Dr. Weiner, 1300 Bridgetown Pike, Feasterville Trevose, PA 19053-4326 |
| 516899941 | | Jefferson University Physicians, Po Box 40089, Philadelphia, PA 19106-0089 |
| 516899942 | | Kohl's Dept. Stores/Capital One, PO Box 3043, Milwaukee, WI 53201-3043 |
| 516899944 | + | Lourdes Med. Center of Burlington County, 218 A. Sunset Rd, Willingboro, NJ 08046-1110 |
| 516899947 | | Medical Express, 975 Jaymor Road, Suite 6, Southampton, PA 18966-3854 |
| 516899948 | + | Medical Imaging Assoc, LP, 10160 Bustelton Ave, Suite D, Philadelphia, PA 19116-3749 |
| 516899949 | | Merchants & Medical Credit Corp, 6324 Taylor Drive, Flint, MI 48507-4685 |
| 516899951 | | Midland Funding LLC c/o, Pressler & Pressler, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 516899953 | | Nazareth Hospital, Po Box 7777W-0475, Philadelphia, PA 19175-0475 |
| 516899954 | | Nissman-Salin OMS PC, 1300 Baltimore Pike, Feasterville Trevose, PA 19053-4326 |
| 516899955 | + | Northland Group, Inc., PO Box 390905, Edina, MN 55439-0905 |
| 516899957 | | PSE&G, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 516899958 | + | Raymour&Flanigan/TD Retail Card Services, PO Box 731, Mahwah, NJ 07430-0731 |
| 516899959 | | St. Mary Medical Center, 10604 Justin Drive, Des Moines, IA 50322-3755 |
| 516899960 | | Staples Credit Plan, PO Box 6403, Sioux Falls, SD 57117-6403 |
| 517047604 | + | TD Retail Card Services, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 516899963 | + | Target Card Services/TD Bank, Po Box 9500, Minneapolis, MN 55440-9500 |
| 516946991 | | Wells Fargo Auto Finance, Po box 29706, Phoenix AZ 85038-9706 |
| 517078363 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 516946678 | + | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |
| 516899967 | + | Wells Fargo Bank, N.A., PO Box 94423, MACQ2132-0013, Albuquerque, NM 87199-4423 |
| 516899968 | + | Wells Fargo Card Services, PO Box 9210, Des Moines, IA 50306-9210 |
| 516899969 | | Wells Fargo Dealer Services, Inc., PO Box 25341, Santa Ana, CA 92799-5341 |

TOTAL: 39

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 14, 2020 | Form ID: 185 | Total Noticed: 72 |

Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Oct 14 2020 21:59:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 14 2020 21:59:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516899921 | Email/Text: mtamsett@adminrecovery.com | Oct 14 2020 22:00:00 | Admin Recovery, LLC, 45 Earhart Dr., Suite 102, Williamsville, NY 14221-7809 |
| 516899926 | Email/Text: bnc-aquafinance@quantum3group.com | Oct 14 2020 22:00:00 | Aqua Finance Inc, PO Box 101928, Dept 612A, Birmingham, AL 35210-6928 |
| 516899929 | Email/Text: bankruptcy@bbandt.com | Oct 14 2020 21:59:00 | BB&T, MC 100-50-02-57, P.O. Box 2306, Wilson, NC 27894 |
| 516926640 | + Email/Text: bankruptcy@bbandt.com | Oct 14 2020 21:59:00 | BB&T, Bankruptcy Section, 100-50-01-51, PO Box 1847, Wilson, NC 27894-1847 |
| 516911732 | + Email/PDF: acg.acg.ebn@americaninfosource.com | Oct 15 2020 00:08:30 | Capital One Auto Finance, a division of Capital On, Ascension Capital Group, P.O. Box 165028, Irving, TX 75016-5028 |
| 516899934 | + Email/Text: bankruptcy_notifications@ccsusa.com | Oct 14 2020 22:00:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 516899943 | + Email/Text: support@ljross.com | Oct 14 2020 21:59:00 | LJ Ross Associates, Inc., 4 Universal Way, Jackson, MI 49202-1455 |
| 517109646 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 15 2020 00:07:01 | LVNV Funding, LLC its successors and assigns as, assignee of Arrow Financial Services,, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517085625 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 15 2020 00:10:05 | LVNV Funding, LLC its successors and assigns as, assignee of GE Money Bank, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516899945 | Email/Text: camanagement@mtb.com | Oct 14 2020 21:59:00 | M&T Bank, 1 Fountain Plaza, 9th floor, Buffalo, NY 14203 |
| 516977998 | Email/Text: camanagement@mtb.com | Oct 14 2020 21:59:00 | M&T Bank, P.O. Box 1288, Buffalo, NY 14240 |
| 517125820 | + Email/Text: bankruptcydpt@mcmcg.com | Oct 14 2020 21:59:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 516899946 | + Email/Text: bknotices@mbandw.com | Oct 14 2020 22:00:00 | McCarthy, Burgess & Wolff, 26000 Cannon Road, Cleveland, OH 44146-1807 |
| 516899950 | + Email/Text: bankruptcydpt@mcmcg.com | Oct 14 2020 21:59:00 | Midland Funding LLC c/o, Midland Credit Mgmt Inc., 2365 Northside Drive, Suite 300, San Diego, CA 92108-2709 |
| 516899952 | + Email/Text: Bankruptcies@nragroup.com | Oct 14 2020 22:00:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 516961343 | Email/PDF: cbp@onemainfinancial.com | Oct 15 2020 00:08:22 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 516899956 | Email/PDF: cbp@onemainfinancial.com | Oct 15 2020 00:09:53 | One Main Financial, Bankruptcy Dept., PO Box 6042, Sioux Falls, SD 57117-6042 |
| 517231090 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 15 2020 00:10:02 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 517231091 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 15 2020 00:10:03 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 517091272 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 15 2020 00:10:02 | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 517127789 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 15 2020 00:10:02 | | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 517028589 | | Email/Text: bnc-quantum@quantum3group.com Oct 14 2020 21:59:00 | | Quantum3 Group LLC as agent for, Aqua Finance, PO Box 788, Kirkland, WA 98083-0788 |
| 516899961 | | Email/PDF: gecsedi@recoverycorp.com Oct 15 2020 00:08:23 | | SYNCB/Ashley Home Store, Attn: Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 516899962 | | Email/PDF: gecsedi@recoverycorp.com Oct 15 2020 00:08:23 | | SYNCB/Walmart, Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 516901242 | + | Email/PDF: gecsedi@recoverycorp.com Oct 15 2020 00:06:51 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517162913 | + | Email/Text: bncmail@w-legal.com Oct 14 2020 21:59:00 | | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 516899964 | | Email/Text: tidewaterlegalebn@twcs.com Oct 14 2020 21:58:00 | | Tidewater Finance Co, 6520 Indian River Road, Virginia Beach, VA 23464 |
| 516918722 | | Email/Text: tidewaterlegalebn@twcs.com Oct 14 2020 21:58:00 | | Tidewater Finance Company, P.O. Box 13306, Chesapeake, VA 23325 |
| 516899965 | + | Email/Text: bnc@alltran.com Oct 14 2020 21:58:00 | | United Recovery Systems, 5800 North Course Drive, Houston, TX 77072-1613 |
| 516899966 | | Email/Text: AR@vivint.com Oct 14 2020 21:58:00 | | Vivint Alarm, 4931 North 300 est, Provo, UT 84604 |
| 517019587 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 15 2020 00:08:34 | | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517078404 | * | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 516899922 | ##+ | Allied Interstate, Inc., PO Box 361445, Columbus, OH 43236-1445 |
| 516899931 | ##+ | C & H Colection Services, Inc., Po Box 1399, Merchantville, NJ 08109-0399 |
| jdb | *+ | Kimberly M. Lamontagne, 33 Norwood Lane, Willingboro, NJ 08046-1331 |

TOTAL: 0 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 16, 2020     Signature:     /s/Joseph Speetjens

| District/off: 0312-3 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Oct 14, 2020 | Form ID: 185 | Total Noticed: 72 |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Brian C. Nicholas | on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Fred R. Braverman | on behalf of Debtor James E. Lamontagne bravelaw@comcast.net |
| Fred R. Braverman | on behalf of Joint Debtor Kimberly M. Lamontagne bravelaw@comcast.net |
| John R. Morton, Jr. | on behalf of Creditor Quantum3 Group LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor M&T BANK rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9