**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

0 Valuation of Security    0 Assumption of Executory Contract or Unexpired Lease    0 Lien Avoidance

Last revised: August 1, 2020

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In Re:  James E. Lamontagne
        Kimberly M. Lamontagne

Case No.: 17-22921-MBK
Judge: Kaplan

Debtor(s)

## CHAPTER 13 PLAN AND MOTIONS

☐ Original
☐ Motions Included

☑ Modified/Notice Required
☐ Modified/No Notice Required

Date: 09/14/2020

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

## YOUR RIGHTS MAY BE AFFECTED

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance.** *Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.*

THIS PLAN:

☑ DOES ☐ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☑ DOES ☐ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☑ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney  __FRB__       Initial Debtor: __JEL__       Initial Co-Debtor  __KML__

## Part 1: Payment and Length of Plan

    a. The debtor shall pay __300.00 Monthly*__ to the Chapter 13 Trustee, starting on ___ for approximately __60__ months.

    b. The debtor shall make plan payments to the Trustee from the following sources:
- [✓] Future Earnings
- [ ] Other sources of funding (describe source, amount and date when funds are available):

    c. Use of real property to satisfy plan obligations:
- [ ] Sale of real property
  Description:
  Proposed date for completion: _____

- [ ] Refinance of real property:
  Description:
  Proposed date for completion: _____

- [ ] Loan modification with respect to mortgage encumbering property:
  Description:
  Proposed date for completion: _____

    d. [ ] The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

    e. [ ] Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection            [X] NONE

    a. Adequate protection payments will be made in the amount of $ __120.99__ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to __Wells Fargo Dealer Services__ (creditor).

    b. Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: ____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| **Fred R. Braverman, Esquire** | **Attorney Fees** | 2,500.00 |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:
- [✓] None
- [ ] The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

2

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|

## Part 4: Secured Claims

### a. Curing Default and Maintaining Payments on Principal Residence: ☑ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|

### b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| M&T Bank | 33 Norwood Lane Willingboro, NJ 08046 Burlington County | 13,050.70 | 0.00 | 13,050.70 | 1,776.06 |

### c. Secured claims excluded from 11 U.S.C. 506: ☑ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|

### d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments ☑ NONE

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|

3

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

### e. Surrender ☐ NONE

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| **Quantum3 Group LLC as Agent for Aqua Finance, Inc.** | **Aquatech Multi-Stage Water Refiner** | **$5324.44** | **Zero** |

### f. Secured Claims Unaffected by the Plan ☑ NONE

The following secured claims are unaffected by the Plan:

| Creditor |
|---|

### g. Secured Claims to be Paid in Full Through the Plan ☐ NONE

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| **Wells Fargo Dealer Services, Inc.** | **2008 Saturn Aura 114000 miles** | **7,259.33** |

## Part 5: Unsecured Claims     ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $____ to be distributed *pro rata*

☐ Not less than ___ percent

☑ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|

## Part 6: Executory Contracts and Unexpired Leases     ☒ NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|

## Part 7: Motions     ☒ NONE

**NOTE: All plans containing motions must be served on all affected lienholders, together with local form, *Notice of Chapter 13 Plan Transmittal,* within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

4

a. **Motion to Avoid Liens under 11 U.S.C. Section 522(f).** ☑ NONE

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☑ NONE

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| | | | | | | |

c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☑ NONE

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| | | | | | |

## Part 8: Other Plan Provisions

a. **Vesting of Property of the Estate**
   ☑ Upon Confirmation
   ☐ Upon Discharge

b. **Payment Notices**
Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

c. **Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:
1) Ch. 13 Standing Trustee Commissions
2) **Other Administrative Claims**
3) **Secured Claims**
4) **Lease Arrearages**
5) **Priority Claims**
6) **General Unsecured Claims**

d. **Post-Petition Claims**

The Standing Trustee ☑ is, ☐ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                            Best Case Bankruptcy

### Part 9: Modification  ☒ NONE

**NOTE: Modification of a plan does not require that a separate motion be filed. A modified plan must be served in accordance with D.N.J. LBR 3015-2.**

If this Plan modifies a Plan previously filed in this case, complete the information below.
Date of Plan being modified: _____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| To surrender property of secured claim of Quantum3 Group LLC as Agent of Aqua Finance, LLC and to increase Debtors payments to allow payment of increased debt to Mtg co. | Surrender property of Quantum3 Group LLC as Agent of Aqua Finance LLC and increase amount of Debtors payments. |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☑ No

### Part 10: Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:
☐ NONE
☑ Explain here:
**\*This plan is a step plan or has lump sum payments as follows: $300.00 per month for 26 months, then $445.00 per month for 10 months, then $605.00 per month for 24 months**

Any non-standard provisions placed elsewhere in this plan are ineffective.

### Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to *Local Form, Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: **October 10, 2020**            /s/ **James E. Lamontagne**
                                       **James E. Lamontagne**
                                       Debtor

Date: **October 10, 2020**            /s/ **Kimberly M. Lamontagne**
                                       **Kimberly M. Lamontagne**
                                       Joint Debtor

Date  **October 10, 2020**            /s/ **Fred R. Braverman, Esquire**
                                       **Fred R. Braverman, Esquire**
                                       Attorney for the Debtor(s)

United States Bankruptcy Court

District of New Jersey

In re:  
James E. Lamontagne  
Kimberly M. Lamontagne  
    Debtor(s)

Case No. 17-22921-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 4  
Date Rcvd: Oct 14, 2020     Form ID: pdf901     Total Noticed: 72

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James E. Lamontagne, Kimberly M. Lamontagne, 33 Norwood Lane, Willingboro, NJ 08046-1331 |
| cr | + | Quantum3 Group, LLC, c/0 Morton & Craig, LLC, 110 Marter Ave., Suite 301, Moorestown, NJ 08057-3124 |
| 516899925 | + | AMCOL Systems, 111 Lancewood Road, Columbia, SC 29210-7523 |
| 516899928 | + | ARIA Health, PO Box 8500-6395, Philadelphia, PA 19178-0001 |
| 516899924 | | Alltran Financial, LP, PO Box 4044, Concord, CA 94524-4044 |
| 516899923 | | Alltran Financial, LP, PO Box 4045, Concord, CA 94524-4045 |
| 516899927 | + | Arcadia Recovery Bureau, LLC, PO Box 6768, Wyomissing, PA 19610-0768 |
| 516899930 | + | Best Buy Credit Services/CBNA, PO Box790441, Saint Louis, MO 63179-0441 |
| 517103815 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516899932 | + | Convergent Healthcare Recoveries, Inc., 121 NE Jefferson Street, Suite 100, Peoria, IL 61602-1229 |
| 516899933 | + | Cooper University Health Care, PO Box 2090, Morrisville, NC 27560-2090 |
| 516899935 | + | Encore Receivable Management, Inc., PO Box 3330, 400 N. Rogers Rd, Olathe, KS 66062-1212 |
| 516899936 | + | FMA Alliance , Ltd., 12339 Cutten Road, Houston, TX 77066-1807 |
| 516899937 | | Fox Chase Cancer Center, 333 Cottman Ave, Philadelphia, PA 19111-2497 |
| 516899938 | + | Home Depot/Citi Bank, 701 E. 60th Street N, Sioux Falls, SD 57104-0432 |
| 516899940 | + | IRSM Floral Vale, 1000 Floral Vale Blvd, Suite 125, Yardley, PA 19067-5583 |
| 516899939 | | Innovative Impalnt and Oral Surgey, Dr, Salin, Dr, Nissman, Dr. Weiner, 1300 Bridgetown Pike, Feasterville Trevose, PA 19053-4326 |
| 516899941 | | Jefferson University Physicians, Po Box 40089, Philadelphia, PA 19106-0089 |
| 516899942 | | Kohl's Dept. Stores/Capital One, PO Box 3043, Milwaukee, WI 53201-3043 |
| 516899944 | + | Lourdes Med. Center of Burlington County, 218 A. Sunset Rd, Willingboro, NJ 08046-1110 |
| 516899947 | | Medical Express, 975 Jaymor Road, Suite 6, Southampton, PA 18966-3854 |
| 516899948 | + | Medical Imaging Assoc, LP, 10160 Bustelton Ave, Suite D, Philadelphia, PA 19116-3749 |
| 516899949 | | Merchants & Medical Credit Corp, 6324 Taylor Drive, Flint, MI 48507-4685 |
| 516899951 | | Midland Funding LLC c/o, Pressler & Pressler, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 516899953 | | Nazareth Hospital, Po Box 7777W-0475, Philadelphia, PA 19175-0475 |
| 516899954 | | Nissman-Salin OMS PC, 1300 Baltimore Pike, Feasterville Trevose, PA 19053-4326 |
| 516899955 | + | Northland Group, Inc., PO Box 390905, Edina, MN 55439-0905 |
| 516899957 | | PSE&G, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 516899958 | + | Raymour&Flanigan/TD Retail Card Services, PO Box 731, Mahwah, NJ 07430-0731 |
| 516899959 | | St. Mary Medical Center, 10604 Justin Drive, Des Moines, IA 50322-3755 |
| 516899960 | | Staples Credit Plan, PO Box 6403, Sioux Falls, SD 57117-6403 |
| 517047604 | + | TD Retail Card Services, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 516899963 | + | Target Card Services/TD Bank, Po Box 9500, Minneapolis, MN 55440-9500 |
| 516946991 | | Wells Fargo Auto Finance, Po box 29706, Phoenix AZ 85038-9706 |
| 517078363 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 516946678 | + | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |
| 516899967 | + | Wells Fargo Bank, N.A., PO Box 94423, MACQ2132-0013, Albuquerque, NM 87199-4423 |
| 516899968 | + | Wells Fargo Card Services, PO Box 9210, Des Moines, IA 50306-9210 |
| 516899969 | | Wells Fargo Dealer Services, Inc., PO Box 25341, Santa Ana, CA 92799-5341 |

TOTAL: 39

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern

Case 17-22921-MBK    Doc 86    Filed 10/16/20    Entered 10/17/20 00:47:59    Desc Imaged
                    Certificate of Notice    Page 8 of 10

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 14, 2020 | Form ID: pdf901 | Total Noticed: 72 |

Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 14 2020 21:59:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 14 2020 21:59:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516899921 | | Email/Text: mtamsett@adminrecovery.com | Oct 14 2020 22:00:00 | Admin Recovery, LLC, 45 Earhart Dr., Suite 102, Williamsville, NY 14221-7809 |
| 516899926 | | Email/Text: bnc-aquafinance@quantum3group.com | Oct 14 2020 22:00:00 | Aqua Finance Inc, PO Box 101928, Dept 612A, Birmingham, AL 35210-6928 |
| 516899929 | | Email/Text: bankruptcy@bbandt.com | Oct 14 2020 21:59:00 | BB&T, MC 100-50-02-57, P.O. Box 2306, Wilson, NC 27894 |
| 516926640 | + | Email/Text: bankruptcy@bbandt.com | Oct 14 2020 21:59:00 | BB&T, Bankruptcy Section, 100-50-01-51, PO Box 1847, Wilson, NC 27894-1847 |
| 516911732 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Oct 15 2020 00:06:58 | Capital One Auto Finance, a division of Capital On, Ascension Capital Group, P.O. Box 165028, Irving, TX 75016-5028 |
| 516899934 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 14 2020 22:00:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 516899943 | + | Email/Text: support@ljross.com | Oct 14 2020 21:59:00 | LJ Ross Associates, Inc., 4 Universal Way, Jackson, MI 49202-1455 |
| 517109646 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 15 2020 00:08:31 | LVNV Funding, LLC its successors and assigns as, assignee of Arrow Financial Services,, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517085625 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 15 2020 00:07:01 | LVNV Funding, LLC its successors and assigns as, assignee of GE Money Bank, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516899945 | | Email/Text: camanagement@mtb.com | Oct 14 2020 21:59:00 | M&T Bank, 1 Fountain Plaza, 9th floor, Buffalo, NY 14203 |
| 516977998 | | Email/Text: camanagement@mtb.com | Oct 14 2020 21:59:00 | M&T Bank, P.O. Box 1288, Buffalo, NY 14240 |
| 517125820 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 14 2020 21:59:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 516899946 | + | Email/Text: bknotices@mbandw.com | Oct 14 2020 22:00:00 | McCarthy, Burgess & Wolff, 26000 Cannon Road, Cleveland, OH 44146-1807 |
| 516899950 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 14 2020 21:59:00 | Midland Funding LLC c/o, Midland Credit Mgmt Inc., 2365 Northside Drive, Suite 300, San Diego, CA 92108-2709 |
| 516899952 | + | Email/Text: Bankruptcies@nragroup.com | Oct 14 2020 22:00:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 516961343 | | Email/PDF: cbp@onemainfinancial.com | Oct 15 2020 00:08:21 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 516899956 | | Email/PDF: cbp@onemainfinancial.com | Oct 15 2020 00:09:53 | One Main Financial, Bankruptcy Dept., PO Box 6042, Sioux Falls, SD 57117-6042 |
| 517231090 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 15 2020 00:08:30 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 517231091 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 15 2020 00:06:59 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 517091272 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 15 2020 00:10:03 | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 517127789 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 15 2020 00:08:30 | | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 517028589 | | Email/Text: bnc-quantum@quantum3group.com Oct 14 2020 21:59:00 | | Quantum3 Group LLC as agent for, Aqua Finance, PO Box 788, Kirkland, WA 98083-0788 |
| 516899961 | | Email/PDF: gecsedi@recoverycorp.com Oct 15 2020 00:08:23 | | SYNCB/Ashley Home Store, Attn: Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 516899962 | | Email/PDF: gecsedi@recoverycorp.com Oct 15 2020 00:06:51 | | SYNCB/Walmart, Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 516901242 | + | Email/PDF: gecsedi@recoverycorp.com Oct 15 2020 00:08:23 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517162913 | + | Email/Text: bncmail@w-legal.com Oct 14 2020 21:59:00 | | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 516899964 | | Email/Text: tidewaterlegalebn@twcs.com Oct 14 2020 21:58:00 | | Tidewater Finance Co, 6520 Indian River Road, Virginia Beach, VA 23464 |
| 516918722 | | Email/Text: tidewaterlegalebn@twcs.com Oct 14 2020 21:58:00 | | Tidewater Finance Company, P.O. Box 13306, Chesapeake, VA 23325 |
| 516899965 | + | Email/Text: bnc@alltran.com Oct 14 2020 21:58:00 | | United Recovery Systems, 5800 North Course Drive, Houston, TX 77072-1613 |
| 516899966 | | Email/Text: AR@vivint.com Oct 14 2020 21:58:00 | | Vivint Alarm, 4931 North 300 est, Provo, UT 84604 |
| 517019587 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 15 2020 00:07:04 | | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517078404 | * | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 516899922 | ##+ | Allied Interstate, Inc., PO Box 361445, Columbus, OH 43236-1445 |
| 516899931 | ##+ | C & H Colection Services, Inc., Po Box 1399, Merchantville, NJ 08109-0399 |
| jdb | *+ | Kimberly M. Lamontagne, 33 Norwood Lane, Willingboro, NJ 08046-1331 |

TOTAL: 0 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2020    Signature:    /s/Joseph Speetjens

District/off: 0312-3 | User: admin | Page 4 of 4
Date Rcvd: Oct 14, 2020 | Form ID: pdf901 | Total Noticed: 72

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2020 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Brian C. Nicholas | on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Fred R. Braverman | on behalf of Debtor James E. Lamontagne bravelaw@comcast.net |
| Fred R. Braverman | on behalf of Joint Debtor Kimberly M. Lamontagne bravelaw@comcast.net |
| John R. Morton, Jr. | on behalf of Creditor Quantum3 Group  LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor M&T BANK rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9