Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17–22921–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

James E. Lamontagne
33 Norwood Lane
Willingboro, NJ 08046

Kimberly M. Lamontagne
33 Norwood Lane
Willingboro, NJ 08046

Social Security No.:
xxx–xx–2420

xxx–xx–1941

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 11/17/20 at 09:00 AM

to consider and act upon the following:

*83* – Creditor's Certification of Default (related document:32 Motion for Relief from Stay re: re: 33 Norwood Lane, Willingboro, NJ, 08046. Fee Amount $ 181. filed by Creditor M&T BANK, 54 Creditor's Certification of Default filed by Creditor M&T BANK, 60 Consent Order filed by Creditor M&T BANK) filed by Denise E. Carlon on behalf of M&T BANK. Objection deadline is 10/28/2020. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

Dated: 10/29/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court