| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br>**James E. Lamontagne**<br>**Kimberly M. Lamontagne** | Case No.   **17-22921**<br>Chapter:   **13**<br>Judge:   **Kaplan** |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____**James E. Lamontagne**_____, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date:   07/07/2022                                    /s/ James E. Lamontagne
                                                     **James E. Lamontagne**
                                                     Debtor's Signature

**IMPORTANT:**
- **Each debtor in a joint case must file separate Certifications in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**

*rev.8/1/18*

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br>**James E. Lamontagne**<br>**Kimberly M. Lamontagne** | Case No. **17-22921**<br>Chapter: **13**<br>Judge: **Kaplan** |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____**Kimberly M. Lamontagne**_____, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

   I certify under penalty of perjury that the above is true.

Date:    07/07/2022                         /s/ Kimberly M. Lamontagne
                                             **Kimberly M. Lamontagne**
                                             Debtor's Signature

**IMPORTANT:**
- **Each debtor in a joint case must file separate Certifications in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a completed Certification in Support of Discharge.**

rev.8/1/18