UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on November 18, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Case No.: _____

Hearing Date: _____

Judge: _____

Chapter: _____

## ORDER VACATING FINAL DECREE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 18, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court having determined that the final decree was entered prematurely in this case

on _____ and should be vacated for the reason stated below:

❏       Debtor has not yet been discharged

❏       Adversary Proceeding number _____ is pending

❏       Other: _____

                      _____

                      _____

IT IS ORDERED that said final decree is vacated.

*Rev. 7/1/04; jml*