| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | James E. Lamontagne<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2420<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Kimberly M. Lamontagne<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1941<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   17–22921–MBK | | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

James E. Lamontagne                 Kimberly M. Lamontagne

11/18/22                            **By the court:** Michael B. Kaplan
                                                      United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 17-22921-MBK
James E. Lamontagne  Chapter 13
Kimberly M. Lamontagne
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 4
Date Rcvd: Nov 18, 2022      Form ID: 3180W      Total Noticed: 72

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James E. Lamontagne, Kimberly M. Lamontagne, 33 Norwood Lane, Willingboro, NJ 08046-1331 |
| cr | + | Quantum3 Group, LLC, c/0 Morton & Craig, LLC, 110 Marter Ave., Suite 301, Moorestown, NJ 08057-3124 |
| 516899928 | + | ARIA Health, PO Box 8500-6395, Philadelphia, PA 19178-0001 |
| 516899923 | | Alltran Financial, LP, PO Box 4045, Concord, CA 94524-4045 |
| 516899927 | + | Arcadia Recovery Bureau, LLC, PO Box 6768, Wyomissing, PA 19610-0768 |
| 516899933 | + | Cooper University Health Care, PO Box 2090, Morrisville, NC 27560-2090 |
| 516899935 | + | Encore Receivable Management, Inc., PO Box 3330, 400 N. Rogers Rd, Olathe, KS 66062-1212 |
| 516899937 | | Fox Chase Cancer Center, 333 Cottman Ave, Philadelphia, PA 19111-2497 |
| 516899940 | + | IRSM Floral Vale, 1000 Floral Vale Blvd, Suite 125, Yardley, PA 19067-5583 |
| 516899939 | | Innovative Impalnt and Oral Surgey, Dr, Salin, Dr, Nissman, Dr. Weiner, 1300 Bridgetown Pike, Feasterville Trevose, PA 19053-4326 |
| 516899941 | | Jefferson University Physicians, Po Box 40089, Philadelphia, PA 19106-0089 |
| 516899942 | | Kohl's Dept. Stores/Capital One, PO Box 3043, Milwaukee, WI 53201-3043 |
| 516899944 | + | Lourdes Med. Center of Burlington County, 218 A. Sunset Rd, Willingboro, NJ 08046-1110 |
| 516899947 | | Medical Express, 975 Jaymor Road, Suite 6, Southampton, PA 18966-3854 |
| 516899948 | + | Medical Imaging Assoc, LP, 10160 Bustelton Ave, Suite D, Philadelphia, PA 19116-3749 |
| 516899953 | | Nazareth Hospital, Po Box 7777W-0475, Philadelphia, PA 19175-0475 |
| 516899954 | | Nissman-Salin OMS PC, 1300 Baltimore Pike, Feasterville Trevose, PA 19053-4326 |
| 516899958 | + | Raymour&Flanigan/TD Retail Card Services, PO Box 731, Mahwah, NJ 07430-0731 |
| 516899959 | | St. Mary Medical Center, 10604 Justin Drive, Des Moines, IA 50322-3755 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 18 2022 20:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 18 2022 20:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516899925 | ^ | MEBN | Nov 18 2022 20:37:49 | AMCOL Systems, 111 Lancewood Road, Columbia, SC 29210-7523 |
| 516899921 | | Email/Text: customercare@adminrecovery.com | Nov 18 2022 20:42:00 | Admin Recovery, LLC, 45 Earhart Dr., Suite 102, Williamsville, NY 14221-7809 |
| 516899924 | | Email/Text: bankruptcydepartment@tsico.com | Nov 18 2022 20:42:00 | Alltran Financial, LP, PO Box 4044, Concord, CA 94524-4044 |
| 516899926 | | EDI: AQUAFINANCE.COM | Nov 19 2022 01:38:00 | Aqua Finance Inc, PO Box 101928, Dept 612A, Birmingham, AL 35210-6928 |
| 516899929 | | Email/Text: bankruptcy@bbandt.com | | |

Case 17-22921-MBK    Doc 110    Filed 11/20/22    Entered 11/21/22 00:17:16    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Nov 18, 2022 | Form ID: 3180W | Total Noticed: 72 |

| | | | | |
| --- | --- | --- | --- | --- |
| 516926640 | + | Email/Text: bankruptcy@bbandt.com | Nov 18 2022 20:41:00 | BB&T, MC 100-50-02-57, P.O. Box 2306, Wilson, NC 27894 |
| 516899930 | + | EDI: CITICORP.COM | Nov 18 2022 20:41:00 | BB&T, Bankruptcy Section, 100-50-01-51, PO Box 1847, Wilson, NC 27894-1847 |
| 516911732 | + | EDI: AISACG.COM | Nov 19 2022 01:33:00 | Best Buy Credit Services/CBNA, PO Box790441, Saint Louis, MO 63179-0441 |
| 517103815 | | Email/PDF: bncnotices@becket-lee.com | Nov 19 2022 01:38:00 | Capital One Auto Finance, a division of Capital On, Ascension Capital Group, P.O. Box 165028, Irving, TX 75016-5028 |
| 516899932 | ^ | MEBN | Nov 18 2022 20:44:23 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516899934 | + | EDI: CCS.COM | Nov 18 2022 20:38:14 | Convergent Healthcare Recoveries, Inc., 121 NE Jefferson Street, Suite 100, Peoria, IL 61602-1229 |
| 516899936 | | Email/Text: Bankruptcy@FMAAlliance.com | Nov 19 2022 01:38:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 516899938 | + | EDI: CITICORP.COM | Nov 18 2022 20:41:00 | FMA Alliance , Ltd., 12339 Cutten Road, Houston, TX 77066 |
| 516899943 | + | Email/Text: support@ljross.com | Nov 19 2022 01:33:00 | Home Depot/Citi Bank, 701 E. 60th Street N, Sioux Falls, SD 57104-0432 |
| 517109646 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 18 2022 20:41:00 | LJ Ross Associates, Inc., 4 Universal Way, Jackson, MI 49202-1455 |
| 517085625 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 18 2022 20:44:24 | LVNV Funding, LLC its successors and assigns as, assignee of Arrow Financial Services,, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516899945 | | Email/Text: camanagement@mtb.com | Nov 18 2022 20:44:31 | LVNV Funding, LLC its successors and assigns as, assignee of GE Money Bank, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516977998 | | Email/Text: camanagement@mtb.com | Nov 18 2022 20:41:00 | M&T Bank, 1 Fountain Plaza, 9th floor, Buffalo, NY 14203 |
| 517125820 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 18 2022 20:41:00 | M&T Bank, P.O. Box 1288, Buffalo, NY 14240 |
| 516899946 | + | Email/Text: bknotices@mbandw.com | Nov 18 2022 20:41:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 516899949 | | Email/Text: bankruptcy@mermed.com | Nov 18 2022 20:42:00 | McCarthy, Burgess & Wolff, 26000 Cannon Road, Cleveland, OH 44146-1807 |
| 516899950 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 18 2022 20:41:00 | Merchants & Medical Credit Corp, 6324 Taylor Drive, Flint, MI 48507-4685 |
| 516899951 | | Email/Text: signed.order@pfwattorneys.com | Nov 18 2022 20:41:00 | Midland Funding LLC c/o, Midland Credit Mgmt Inc., 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 516899952 | + | Email/Text: Bankruptcies@nragroup.com | Nov 18 2022 20:41:00 | Midland Funding LLC c/o, Pressler & Pressler, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 516899955 | + | Email/Text: ngisupport@radiusgs.com | Nov 18 2022 20:42:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 516961343 | | EDI: AGFINANCE.COM | Nov 18 2022 20:41:00 | Northland Group, Inc., PO Box 390905, Edina, MN 55439-0905 |
| 516899956 | | EDI: AGFINANCE.COM | Nov 19 2022 01:33:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 517231090 | | EDI: PRA.COM | Nov 19 2022 01:33:00 | One Main Financial, Bankruptcy Dept., PO Box 6042, Sioux Falls, SD 57117-6042 |
| | | | Nov 19 2022 01:38:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |

Case 17-22921-MBK    Doc 110    Filed 11/20/22    Entered 11/21/22 00:17:16    Desc
Imaged Certificate of Notice    Page 5 of 6

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 18, 2022 | Form ID: 3180W | Total Noticed: 72 |

| Recipient ID | Notice Type | Date/Time | Recipient |
|---|---|---|---|
| 517231091 | EDI: PRA.COM | Nov 19 2022 01:38:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 517091272 | EDI: PRA.COM | Nov 19 2022 01:38:00 | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 517127789 | EDI: PRA.COM | Nov 19 2022 01:38:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 516899957 | ^ MEBN | Nov 18 2022 20:37:38 | PSE&G, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 517028589 | EDI: Q3G.COM | Nov 19 2022 01:38:00 | Quantum3 Group LLC as agent for, Aqua Finance, PO Box 788, Kirkland, WA 98083-0788 |
| 516899961 | EDI: RMSC.COM | Nov 19 2022 01:33:00 | SYNCB/Ashley Home Store, Attn: Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 516899962 | EDI: RMSC.COM | Nov 19 2022 01:33:00 | SYNCB/Walmart, Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 516899960 | EDI: CITICORP.COM | Nov 19 2022 01:33:00 | Staples Credit Plan, PO Box 6403, Sioux Falls, SD 57117-6403 |
| 516901242 | + EDI: RMSC.COM | Nov 19 2022 01:33:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517162913 | + Email/Text: bncmail@w-legal.com | Nov 18 2022 20:41:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 517047604 | + EDI: CBSTDR | Nov 19 2022 01:33:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 516899964 | Email/Text: tidewaterlegalebn@twcs.com | Nov 18 2022 20:41:00 | Tidewater Finance Co, 6520 Indian River Road, Virginia Beach, VA 23464 |
| 516918722 | Email/Text: tidewaterlegalebn@twcs.com | Nov 18 2022 20:41:00 | Tidewater Finance Company, P.O. Box 13306, Chesapeake, VA 23325 |
| 516899963 | + EDI: WTRRNBANK.COM | Nov 19 2022 01:38:00 | Target Card Services/TD Bank, Po Box 9500, Minneapolis, MN 55440-9500 |
| 516899965 | + EDI: URSI.COM | Nov 19 2022 01:33:00 | United Recovery Systems, 5800 North Course Drive, Houston, TX 77072-1613 |
| 516899966 | Email/Text: exceptionreview@vivint.com | Nov 18 2022 20:41:00 | Vivint Alarm, 4931 North 300 est, Provo, UT 84604 |
| 517019587 | + EDI: AIS.COM | Nov 19 2022 01:38:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 516946991 | EDI: WFFC.COM | Nov 19 2022 01:38:00 | Wells Fargo Auto Finance, Po box 29706, Phoenix AZ 85038-9706 |
| 516899967 | + EDI: WFFC.COM | Nov 19 2022 01:38:00 | Wells Fargo Bank, N.A., PO Box 94423, MACQ2132-0013, Albuquerque, NM 87199-4423 |
| 516946678 | + EDI: WFFC2 | Nov 19 2022 01:33:00 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |
| 517078363 | EDI: WFFC2 | Nov 19 2022 01:33:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 516899968 | + EDI: WFFC.COM | Nov 19 2022 01:38:00 | Wells Fargo Card Services, PO Box 9210, Des Moines, IA 50306-9210 |
| 516899969 | EDI: WFFC.COM | Nov 19 2022 01:38:00 | Wells Fargo Dealer Services, Inc., PO Box 25341, Santa Ana, CA 92799-5341 |

Case 17-22921-MBK    Doc 110    Filed 11/20/22    Entered 11/21/22 00:17:16    Desc
Imaged Certificate of Notice    Page 6 of 6

| District/off: 0312-3 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Nov 18, 2022 | Form ID: 3180W | Total Noticed: 72 |

TOTAL: 53

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517078404 | * | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 516899922 | ##+ | Allied Interstate, Inc., PO Box 361445, Columbus, OH 43236-1445 |
| 516899931 | ##+ | C & H Colection Services, Inc., Po Box 1399, Merchantville, NJ 08109-0399 |

TOTAL: 0 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2022          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Brian C. Nicholas | on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Fred R. Braverman | on behalf of Debtor James E. Lamontagne bravelaw@comcast.net |
| Fred R. Braverman | on behalf of Joint Debtor Kimberly M. Lamontagne bravelaw@comcast.net |
| John R. Morton, Jr. | on behalf of Creditor Quantum3 Group LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Phillip Andrew Raymond | on behalf of Creditor M&T BANK phillip.raymond@mccalla.com mccallaecf@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9