UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on November 18, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

James E. Lamontagne and Kimberly M. Lamontagne

| | |
|---|---|
| Case No.: | 17-22921-MBK |
| Hearing Date: | |
| Judge: | Michael B. Kaplan |
| Chapter: | 13 |

# ORDER VACATING FINAL DECREE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 18, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court having determined that the final decree was entered prematurely in this case on _____11/18/2022_____ and should be vacated for the reason stated below:

- ❏ Debtor has not yet been discharged

- ❏ Adversary Proceeding number _____ is pending

- ☒ Other: Case closed pre-maturely _____
  _____
  _____

IT IS ORDERED that said final decree is vacated.

*Rev. 7/1/04; jml*

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 17-22921-MBK
James E. Lamontagne  Chapter 13
Kimberly M. Lamontagne
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2
Date Rcvd: Nov 18, 2022     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2022:**

**Recip ID**    **Recipient Name and Address**
db/jdb     + James E. Lamontagne, Kimberly M. Lamontagne, 33 Norwood Lane, Willingboro, NJ 08046-1331

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2022      Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2022 at the address(es) listed below:

**Name**      **Email Address**

Albert Russo
    docs@russotrustee.com

Albert Russo
    on behalf of Trustee Albert Russo docs@russotrustee.com

Brian C. Nicholas
    on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

Denise E. Carlon
    on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Fred R. Braverman
    on behalf of Debtor James E. Lamontagne bravelaw@comcast.net

Fred R. Braverman

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Nov 18, 2022 | Form ID: pdf903 | Total Noticed: 1

on behalf of Joint Debtor Kimberly M. Lamontagne bravelaw@comcast.net

John R. Morton, Jr.
on behalf of Creditor Quantum3 Group  LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

Phillip Andrew Raymond
on behalf of Creditor M&T BANK phillip.raymond@mccalla.com  mccallaecf@ecf.courtdrive.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9